IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DANIELLE LEE CASTAGNE,<br>Defendant. | ) | Case №: 2:25-cr-00200-DJC<br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that he/her is financially unable to obtain counsel and wishes counsel be appointed to represent him/her on an Early Termination Motion. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Samuel David Berns #271348 is appointed to represent the above defendant in this case effective *nunc pro tunc* to October 19, 2026, the day he began working on this stage of the case.

This appointment shall remain in effect until further order of this court.

Dated: October 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE